SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
973/639-9393 (fax)
cseeger@seegerweiss.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RECKITT BENCKISER GROUP PLC, et al., <br><br> Defendants. | No. 2:19-cv-15382-BRM-JAD <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER AND STIPULATED MOTION EXTENDING TIME TO RESPOND TO COMPLAINT |

Cases\4845-7581-6608.v1-8/12/19

Plaintiff City of Sterling Heights Police & Fire Retirement System ("Plaintiff") and Defendants Reckitt Benckiser Group plc and Adrian Bellamy ("Stipulating Defendants" and collectively with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on July 15, 2019, Plaintiff filed the Complaint in the above-captioned action (the "Complaint"), a putative class action arising under the Securities Exchange Act of 1934 (the "Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, against Defendants;

WHEREAS, §21D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(A)(i), requires a plaintiff to cause a public notice to be published within 20 days of filing a putative class action that arises under the PSLRA, which was published on July 15, 2019;

WHEREAS, the publication of that notice triggered the PSLRA's 60-day deadline for other investors to move the Court to serve as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(A)(i)(II), which will expire on July 29, 2019;

WHEREAS, it is possible that additional related actions arising under the Exchange Act may be filed in the U.S. District Court for the District of New Jersey against the same defendants and asserting substantially the same allegations (together with the action already filed, the "Related Actions");

- 1 -

WHEREAS, there are likely to be motions or a stipulation to consolidate such Related Actions into a single action before this Court filed on the deadline for moving the Court for lead plaintiff;

WHEREAS, pursuant to the PSLRA, once a decision on a consolidation motion has been rendered, the Court must, "[a]s soon as practicable," appoint a lead plaintiff who is "most capable of adequately representing the interests of class members," 15 U.S.C. §78u- 4(a)(3)(B)(i)-(ii);

WHEREAS, once selected, the lead plaintiff will then appoint class counsel, subject to the Court's approval, 15 U.S.C. §78u-4(a)(3)(B)(v), and identify an operative complaint or file a consolidated complaint that becomes the operative complaint;

WHEREAS, counsel for the Stipulating Defendants has agreed to accept service of the Complaint, such that the time to respond to the Complaint has begun to run; and

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources and orderly management of this action, the Stipulating Defendants should not respond to the Complaint already filed in this action until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, (ii) such lead plaintiff serves or designates an operative complaint, and (iii) lead plaintiff and the Stipulating Defendants have conferred in good faith and

- 2 -

agreed to a schedule for the Stipulating Defendants to respond to the operative complaint and a schedule for any anticipated briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among Plaintiff and the Stipulating Defendants, through their respective counsel, to entry of an Order providing that:

1.      The undersigned attorneys for the Stipulating Defendants are authorized and hereby accept service of the Complaint on behalf of their clients without waiver of any available rights or defenses (other than improper service);

2.      The Stipulating Defendants shall not be required to answer or otherwise respond to the Complaint until (i) after a lead plaintiff and lead counsel are appointed by the Court, (ii) lead plaintiff serves or designates an operative complaint, and (iii) the Stipulating Defendants and lead plaintiff agree to a schedule for the Stipulating Defendants to respond to the operative complaint and a schedule for any anticipated briefing; and

3.      Other than with respect to service of process, nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other

- 3 -

application to any court that any Party may have with respect to the claims set forth in

the Complaint already filed in this action.

IT IS SO STIPULATED.

DATED: August 12, 2019

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER


_s/ CHRISTOPHER A. SEEGER_
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
973/639-9393 (fax)
cseeger@seegerweiss.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID C. WALTON
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
bcochran@rgrdlaw.com

VANOVERBEKE, MICHAUD &
 TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

- 4 -

DATED:  August 12, 2019                 WILMER CUTLER PICKERING HALE
                                           & DORR LLP
                                        STEVEN SHULDMAN


                                        _____s/ STEVEN SHULDMAN_____
                                        STEVEN SHULDMAN

                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY  10606
                                        Telephone:  212/295-6566
                                        212/230-8888 (fax)
                                        Steven.Shuldman@wilmerhale.com

                                        Attorneys for Stipulating Defendants


                          *       *       *

## ~~[PROPOSED]~~ O R D E R

Pursuant to the Stipulation, and good cause appearing, IT IS SO ORDERED.

DATED:  __8/13/19_____        _____

                                        Hon. Joseph A. Dickson
                                        United States Magistrate Judge

- 5 -

Cases\4845-7581-6608.v1-8/12/19